CAMILLE GEARY, Respondent, *v.* JOHN R. GEARY, Appellant.

CARUTHERS EWING, as Receiver, Respondent.

Argued November 16, 1936; decided December 31, 1936.

*Carroll G. Walter* and *James Lee Kauffman* for appellant.

*Edward D. Bolton* for Caruthers Ewing, as receiver, respondent.

Appeal dismissed, with costs, on the ground that the order is interlocutory. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.